IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NEW YORK
(100 State Street, Rochester, NY 14614)

|  |  |
|---|---|
| Presidential Candidate Number P60005535 )<br>"also known as" (aka) Ronald Satish Emrit, )<br>& Presidential Committee/Political Action )<br>Committee/Separate Segregated Fund (SSF) )<br>Number C00569897 d/b/a United )<br>Emrits of America )<br>    Plaintiffs (Pro Se) )<br>                                      )<br>    v.                             )<br>                                      )<br>Roger Goodell (Commissioner of the National )<br>Football League (NFL), Adam Silver )<br>(Commissioner of the National Basketball )<br>Association (NBA), Barbara Corcoran of )<br>Paycom, Kevin O' Leary, Damond John, )<br>Mark Cuban, Nick Saban of Alabama, Deion )<br>Sanders of Colorado, Coach Andy Reid of )<br>Kansas City Chiefs, Patrick Mahomes, Lebron )<br>James, Kevin Hart, BlueChew, Jake )<br>from State Farm, Peyton Manning, )<br>Eli Manning, Archie Manning, Robert Kraft, )<br>Shark Tank on CNBC, Rupert Murdoch of News )<br>Corporation/Fox News, Kohl's Department Store, )<br>Carfox, Carvana, Taylor Swift, Travis Kelce )<br>of Kansas City Chiefs, Martha Strwart (Convicted )<br>Felon for Insider Trading/Securities Violations) )<br>Snoop Doggy Dogg (Marijuana Smoker )<br>named Calvin Broadus) )<br>                                     ) | C. A. No.: 26-cv-0044 LJV |

Defendants,                              )
                                         )
                                         )

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## COMPLAINT

COMES NOW, the plaintiff Ronald Satish Emrit, who is bringing forth this complaint for 500 billion dollars for the commission of the torts of public nuisance, industrial espionage, defamation (involving the former name of Washington Redskins) the tortious interference with business relations/contracts under the **Restatement (Third) of Torts and Federal Tort Claims Act (FTCA)** and looking for the equitable remedy of an injunction and/or declaratory judgment pursuant to **Rules 65 and 57 of Federal Rules of Civil Procedure (FRCP).** In bringing forth this complaint, the plaintiff states, avers, and alleges the following

### I.) NATURE OF THE CASE

1.) The plaintiff believes that he is somewhat of an **"Urban Legend"** as the person who changed the name of the Washington Redskins in 2019/2020 even without an injunction or declaratory judgment. Pursuant to **Rule 201 of Federal Rules of Evidence (FRE),** the judge in the present case at bar should take judicial notice that the plaintiff in the present case at bar has also litigated against the **National Football League (NFL), Daniel Snyder, and The Washington Redskins** back in 2019 and 2020 arguing that the Washington Redskins had a racist and offensive trademark looking for an injunction as equitable remedy mandating that the Washington Redskins change their logo or trademark. The Fourth Circuit case number in Richmond, Virginia was **19-2434** in which the lower court case was presided over by Judge Peter Messite

https://law.justia.com/cases/federal/appellate-courts/ca4/19-2434/19-2434-2020-09-24.html

https://www.govinfo.gov/app/details/USCOURTS-ca4-20-01040

https://www.govinfo.gov/app/details/USCOURTS-ord-6_20-cv-00024

2.) Another case against The Washington Redskins was on appeal from Eastern Virginia with the case number of **20-1040** in which the lower court case was presided over by **Judge Claude Hilton in Alexandria, Virginia**. The lower court case number in Eastern Virginia was **1:19-cv-01302**

https://law.justia.com/cases/federal/appellate-courts/ca4/20-1040/20-1040-2020-03-17.html

https://www.courtlistener.com/docket/16326305/emrit-v-national-football-league/

3.) The plaintiff even had a case against The Washington Reskins in the United States Court of Appeals for Washington, DC in which the case number is **19-7165** decided on **May 18th of 2020** before Griffith, Pillard, and Wilkins in which they cited **Rule 34 of Federal Rules of Appellate procedure (FRAP)** and **D.C. Circuit Local Rule 36** involving the opinion not being published

https://caselaw.findlaw.com/court/us-dc-circuit/2066968.html

https://media.cadc.uscourts.gov/judgments/bydate/2020/5

4.) The case number in Hawaii for Ronald Emrit v. National Football League (NFL) was **1:20cv8** presided over by **Judge Leslie Kobayashi and Magistrate Judge Wes Reber Porter**. The appeal number in the Ninth Circuit was **20-15918**

https://www.pacermonitor.com/public/case/31720348/Emrit_v_National_Football_League_et_al

https://www.pacermonitor.com/public/case/31720348/Emrit_v_National_Football_League_et_al

> 5.) There was a separate case in Oregon against the National Football League (NFL) with the case number of **6:20-cv-00024** presided over by **Judge Mustafa T Kasubhai** and Magistrate Judge Ann Aiken

https://www.pacermonitor.com/public/case/31675377/Emrit_v_National_Football_League_et_al

https://www.pacermonitor.com/public/case/31675377/Emrit_v_National_Football_League_et_al

> 6.) Another appeals court case number in the Fourth Circuit in Richmond, Virginia at 1100 East Main Street is **20-1040** decided on the plaintiff's birthday on **March 17th of 2020** by Circuit Judges King, Keenan, and Floyd where they cited **28 U.S.C. Section 1291** addressing interlocutory appeals and final orders

https://caselaw.findlaw.com/court/us-4th-circuit/2054256.html

> 7.) These are various news articles suggesting that President Trump wants to change the name of the Washington Commanders back to the Washington Redskins. Since the plaintiff is a supporter of President Trump, the plaintiff agrees with President Trump even though the plaintiff litigated against the Washington Redskins under the Lanham Trademark Act involving a racist and offensive trademark

https://abcnews.go.com/Politics/trump-demands-washington-commanders-reverse-change-threatens-facilitate/story?id=123921777

https://www.npr.org/2025/07/20/nx-s1-5474356/trump-washington-commanders-new-stadium-team-name

https://www.cnn.com/2025/07/20/politics/washington-commanders-trump-stadium

https://apnews.com/article/washington-commanders-trump-name-change-f2ec70a65c5be1130611094aad3728f7

## II.) PARTIES TO THIS LITIGATION

8.) The plaintiff is an indigent, disabled, and unemployed resident of the state of Nevada and Maryland. His current mailing address is 5108 Cornelias Prospect Drive, Bowie, Maryland 20720. His cell phone number is currently (703)936-3043 and his primary email address is einsteinrockstar2@outlook.com.

9.) The first defendant is Roger Goodell (Commissioner of the National Football League (NFL),

10.) The second defendant is Adam Silver (Commissioner of the National Basketball Association (NBA)

11.) The third defendant is Barbara Corcoran of Paycom,

12.) The fourth defendant is Kevin O' Leary,

13.) The fifth defendant is Damond John,

14.) The sixth defendant is Mark Cuban,

15.) The seventh defendant is Nick Saban of Alabama

16.) The eighth defendant is Deion Sanders of Colorado

17.) The ninth defendant is Coach Andy Reid of Kansas City Chiefs

18.) The tenth defendant is Patrick Mahomes of Kansas City Chiefs

19.) The eleventh defendants is Lebron James of Los Angeles Lakers

20.) The twelfth defendant is Kevin Hart

21.) The thirteenth defendant is BlueChew,

22.) The fourteenth defendant is Jake from State Farm,

23.) The fifteenth defendant is Peyton Manning

24.) The sixteenth defendant is Eli Manning,

25.) The seventeenth defendant is Archie Manning,
26.) The eighteenth defendant is Robert Kraft
27.) The nineteenth defendant is Shark Tank on CNBC
28.) The twentieth defendant is Rupert Murdoch of News Corporation/Fox News,
29.) The 21st defendant is Kohl's Department Store
30.) The 22nd defendant is Carfox
31.) The 23rd defendant is Carvana
32.) The 24th defendant is Taylor Swift
33.) The 25th defendant is Travis Kelce of Kansas City Chiefs
34.) The 26th defendant is Martha Strwart (Convicted Felon for INsider Trading/Securities Violations)
35.) The 27th defendant is Snoop Doggy Dogg (Marijuana Smoker named Calvin Broadus)

## III.) JURISDICTION AND VENUE

36.) According to **Federal Rules of Civil Procedure 8(a)(1)**, Plaintiff is required to provide "a short and plain statement of the grounds for the court's jurisdiction, unless the court already has jurisdiction and the claim needs no new jurisdictional support;"
37.) Because the court does not already have personal or subject matter jurisdiction over this issue, it is necessary to engage in a brief discussion of the court's jurisdiction so that the defendants can not move to dismiss this case based on procedural grounds involving a lack of proper jurisdiction.
38.) Pursuant to **28 U.S.C.A. Section 1332**, the U.S. District Court for the District of New Jersey (as an Article III court) has jurisdiction over this matter because there is complete diversity of jurisdiction between the Plaintiff and the four defendants given that the plaintiff lives in Sarasota, Florida and no longer in Fort Worth, Texas.
39.) As an **Article III court**, the U.S. District Court for the District of Connecticut also has subject matter jurisdiction over the present case at bar because this proceeding involves a discussion of Title VII of the Civil Rights Act of 1964, Americans with Disabilities Act of 1990, Equal Protection Clause, Due Process Clause, Fourth Amendment, and Privileges and

Immunities Clause.

40.) Therefore, a federal question is presented by the implication of the black-letter law of the aforementioned federal statutes in addition to the discussion of Constitutional Law provisions.

41.) Venue in this jurisdiction is also proper pursuant to 28 U.S.C.A. Sections 1391 and 1400.

42.) Because the amount in controversy does not exceeds $75,000 (i.e. $0 is less than $75,000), this court does not have jurisdiction based on the amount in controversy.

## IV.) STATEMENT OF FACTS

43.) During his time in the National Football League (NFL), **Ben Roethlisberger of the Pittsburgh Steelers was known as "Big Ben"** and had only one Super Bowl win against Arizona Cardinals and one loss to Aaron Rogers of Green Bay Packers.

44.) That name "Big Ben" is also the name of a famous clock in England which reminds the plaintiff of the song **"Clocks" by the British band Coldplay**

https://www.youtube.com/watch?v=d020hcWA_Wg

45.) The helmet of the Pittsburgh Steelers is somewhat like the **"Helmet of Salvation"** from The Bible involving the "armor of God" withe **"breastplate of righteousness" and "belt of truth" and "shield of faith"** because the Pittsburgh Steelers helmet has the logo and/or trademark only on one side of the helmet.

46.) Because the plaintiff is obsessed with **"Backwards Time Travel" (BTT) involving Closed Time Like Curves (CTC), Faster Than Light Travel (FTL), and exotic matter with negative density**, the plaintiff believes that Backwards Time Travel (BTT) can be accomplished at Bowie Town Center (BTC) in Bowie, Maryland and Computer Learning Center (CLC) which was in Laurel, Maryland as Closed Timelike Curves or CTC's are connected to Bowie Town Center (BTC) and Computer Learning Center (CLC) and War**saw**, Poland is connected to **Saw**grass Mills Mall in Sunrise, Florida and the plaintiff's song "SOUL MATE" on Apple Music involving the phrase

"The Mona Lisa Smiles" in Mirror Writing (MW) and **Angel Behind The Wall of Morzine-Avoriaz, France** and Ashton P. in Three-Car Garage music video at Temple of Music in Providence, Rhode Island at Roger Williams Park in 2013

https://music.apple.com/us/music-video/soul-mate/1453048025

https://music.apple.com/us/music-video/three-car-garage/775047944

47.) Regarding the paranormal and the esoteric, the plaintiff believes that the Bowie Town Center in Bowie, Maryland is connected to **Sawgrass Mills (SM) Mall in Sunrise, Florida** and Yang-Mills Theory involving gauge symmetry, gauge bosons, and Spontaneous Symmetry Breaking.

48.) In addition, the plaintiff has said that he believes that the **Bowie Town Center (BTC) is also connected to the Baphomet Tarot Card (BTC)** from the movie Annabelle in The Conjuring series involving doll eyes (oo), G**oo**gle, Yah**oo**!, Sundar Pichai being interviewed by Julia LaRoche of Yahoo! And the 4 Gaililean satellites of **Callisto, Io, Europa, and Ganymede** discovered simultaneously by Galileo Gaililei and Simon Marius of Germany.

49.) Back in the year 2002, the plaintiff saw the movie "The Mothman Prophecies" starring **Richard Gere and Debra Messing** with someone named Carmen Baez at the Sawgrass Mills Mall in Sunrise, Florida.

50.) Accordingly, the plaintiff met Carmen Baez at the **Bermuda Bar and Grill** (BB&G like former BB&T bank which is ow Truist) in Fort Lauderdale, Florida when the plaintiff was with his friend Jelani Davis who also attended **Saint Thomas University School of Law in Miami Gardens, Florida.**

51.) The Mothman Prophecies was based off of a mass hallucination or mass hysteria in **Point Pleasant, West Virginia** based off of the legend of the Native American known as **Chief Cornstalk**.

52.) The plaintiff briefly worked at the Verizon brick-and-mortar location with a physical storefront at Bowie Town Center in 2006 through a company d/b/a **Marketing Werks and Oscar Solis (OS)** in which the plaintiff would market the **Verizon V-Cast cellphone** which looked like RAZR flip phones that have since been replaced by smartphones (Androids and Apple iphones).

53.) One of the plaintiff's co-workers was someone named Sima Popali (SP) from Afghanistan who has the same initials as the plaintiff's classmate **Sina Pleasant (SP) from Brown University** who was from New Mexico as in Roswell and Socorro (Very Large Array in a Y-configuration of radio telescopes).

54.) The plaintiff believes that both <u>**Sima Popali (SP) and Sina Pleasant (SP) are connected to Sandy Point (SP) Beach in Annapolis, Maryland**</u> off of the Chesapeake Bay (CB) in addition to Virginia Beach, Virginia.

55.) The plaintiff also noticed that his neighbor and nephew Chris Brooks (CB) has the same initials as **Chesapeake Bay (CB), Chess Board (CB), and Chicas Bonitas (CB)** club in North Las Vegas right next to Palomino.

56.) Back in the late 1990's, the plaintiff bought a **chess board (CB) from Valu City in Catonsville, Maryland** which is connected to the Creation of Adam (TCAO) painted by Michaelangelo and TACO Bell in Bowie, Maryland which woul pretend to be Illuminati (Taco Belluminati) as an advertising strategy to increase sales as the music business is known for "Illuminati Marketing."

57.) The plaintiff met Vivian Green (VG) of Sony Music Entertainment at **Circuit City (CC) in Catonsville, Maryland (The Creation of Adam)** which is now bankrupt.

58.) The plaintiff believes that his former fiance Maria Cherniavska of Warsaw, Poland is connected to Vivian Green (VG) of Sony Music Entertainment, **Valentinian Gnosticism (VG)**, Green Valley (GV) LIbrary in Henderson, Nevada where there is an obelisk like the Washington MOnument (WM) involving ancient Egyptian architecture, and that Maria Cherniavska, Vivian Green, and Valentinian Gnosticism (VG) are also connected to **Georgetown Visitation (GV) as the "sister school" of Gonzaga College High School** (19 Eye Street where the plaintiff attended high school with Dan Quayle's sons Tucker and Ben in the early 1990's and went to Brown University in the late 1990's.

59.) Back in the year 2005, the plaintiff was supposed to be an extra in the movie **The Visiting or The Invasion starring Nicole Kidman** which was at Union Station in Washington, DC off of Massachusetts Avenue not far from red line Metro station and Gonzaga College High School off of NOrth Capitol Street right by Congress.

60.) In addition, the plaintiff believes that his former fiance Maria Cherniavska is connected to both **Vista Gardens (VG) Marketplace in Glenarden, Maryland** in addition to 5900 Princess Garden Parkway in Lanham, Maryland as the former headquarters of Radio One/WKYS/93.9.

61.) Furthermore, the plaintiff believes that his former fiance is connected to the Shrine of the Immaculate Conception Church off **Michigan and Irving at Catholic University of America (CUA)** which has a dome perhaps with octagonal indentations known as coffers and a barrel vault which looks like an igloo from Alaska known for being created by Eskimos.

62.) Finally, the plaintiff believes that his former fiance is connected to **Howard University Hospital (HUH)**, the actress Julianne Hough (JH) from Dancing with the Stars (DWTS), Jackson Hole, Wyoming, Adriana Francesca Lima, Marko Jaric, Jennifer Hudson (JH), and HOward UNiversity Divinity School (HUDS), the Hudson RIver, and Helen Hunt

from the movie "Cast Away." I did not want to get married to anybody else because I believed that Maria Cherniavska is the "love of my life" just like Helen Hunt and Tom Hanks in this movie

https://www.youtube.com/watch?v=jTYRnHQjuUA

https://www.youtube.com/watch?v=UWDo6EWbFj0

## V.) COUNT ONE: DEFAMATION (LIBEL AND SLANDER)

63.) The plaintiff believes that the defendants committed defamation of the Native American people with the name of the Washington Redskins even though that football team is now the Washington Commanders.

## VI.) COUNT TWO: PUBLIC NUISANCE

64.) The plaintiff believes that the commercials that are advertised on NFL football games are a public nuisance given that most people do not want to watch commercials during their favorite Cable TV programs and so most people would pay a subscription fee for commercial free entertainment as with YouTube Premium or Amazon Alexa.

## VII.) COUNT THREE: INDUSTRIAL ESPIONAGE

65.) The plaintiff believes that commercials aired on Cable TV or on the internet during Cable TV broadcasts can read people's minds with artificial intelligence (AI) and computer-generated images of fake people which is actually an invasion of privacy as advertising companies and/or marketing firms are not allowed to read people's minds with algorithms or AI as this i why people complain about Facebook ads involving mind-reading algorithm based on metadata and spying on consumers for purposes of advertising, marketing, and increasing sales/revenue

## VIII.) COUNT FOUR: TORTIOUS INTERFERENCE WITH BUSINESS RELATIONS/CONTRACTS

66.) Because the plaintiff is a musician who conducts business with Amazon through Ditto Music of England, the plaintiff argues that larger companies like NFL and Toyota try to interfere with smaller companies like Ditto Music by trying to monopolize Amazon, Apple, and YouTube in what the plaintiff describes to be an Antitrust Violation perhaps involving the Sherman or Clayton Act as larger companies like the NFL and Toyota try to drive smaller companies like independent musicians out of the market so that it would benefit major record labels d/b/a Universal, Sony, and Warner Music Group (WMG) all of which are in privity of contract with NFL, Toyota, and larger companies that advertise on Cable TV or Peacock streaming.

## VI.) PRAYER FOR RELIEF

WHEREFORE, the plaintiff is seeking punitive, compensatory, and treble damages through joint and several liability whereby the defendants would presumably seek contribution and indemnity from each other through the filing of cross-claims. The plaintiff is also seeking the equitable remedy of an injunction and/or declaratory judgment. In asserting this "prayer for relief," the plaintiff states, avers, and alleges the following:

A.) The plaintiff is seeking **punitive, compensatory, treble, actual, presumed, and special damages** in the amount of $500,000,000,000 for the commission of the aforementioned torts involving **Federal Tort Claims Act (FTCA) and Restatement (Third) of Torts**.

B.) The plaintiff is seeking **expectation, reliance, restitution, incidental, and consequential damages** for the commission of tortious interference with business relations/contacts which is substantially similar to material breach of contract despite the **Gist of the Action Doctrine** separating tort issues and contract issues for purposes of litigation.

C.) In addition, the plaintiff is seeking a preliminary injunction as an equitable remedy pursuant to **Rule 65 of Federal Rules of Civil Procedure (FRCP)** precluding and/or enjoying the defendants from advertising to the plaintiff on Cable TV broadcasts.

D.) In addition, the plaintiff is seeking a declaratory judgment pursuant to **Rule 57 of Federal Rules of Civil Procedure (FRCP)** as a statement of the law that advertising with artificial intelligence (AI) and algorithms to spy on consumers for purposes of increasing the company's stock price in **over-the-counter markets (OTC) or federal stock exchange (NYSE)** or driving smaller companies out of business is an Antitrust violation perhaps involving the misdemeanors of trespass, stalking, harassment, and maybe voyeurism if these companies have employees conducting surveillance on consumers..

Respectfully submitted,

*/s/ Ronald Satish Emrit*

Ronald Satish Emrit

5108 Cornelias Prospect Drive

Bowie, Maryland 20720

(703)936-3043

einsteinrockstar@hotmail.com

einsteinrockstar2@outlook.com

Satish Emnt
5108 Cornelias Prospect Drive
Bowie, Maryland 20720





Attn: Clerk of the Court
U.S. District Court of
     Western New York
100 State Street
Rochester, New York 14614

# CIVIL COVER SHEET

JS 44 (Rev. 03/24)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**
Presidential Candidate # P60005535

**DEFENDANTS**
Roger Goodell (Commissioner of National Football League)

**(b) County of Residence of First Listed Plaintiff:** Prince George's
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**County of Residence of First Listed Defendant:** New York, New York
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c) Attorneys** *(Firm Name, Address, and Telephone Number)*
Ronald Satish Emrit
5108 Cameias Prospect Drive
Bowie, MD 20720
(703) 936-3043

**Attorneys** *(If Known)*
Unknown Attorney, perhaps New York attorney Douglass Wigdor or NFL Players Association

## II. BASIS OF JURISDICTION
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question
- [X] 4 Diversity

## III. CITIZENSHIP OF PRINCIPAL PARTIES
- Citizen of This State: PTF [ ] 1  DEF [ ] 1 / Incorporated or Principal Place of Business In This State: PTF [ ] 4  DEF [ ] 4
- Citizen of Another State: PTF [X] 2  DEF [ ] 2 / Incorporated and Principal Place of Business In Another State: PTF [ ] 5  DEF [X] 5
- Citizen or Subject of a Foreign Country: PTF [ ] 3  DEF [ ] 3 / Foreign Nation: PTF [ ] 6  DEF [ ] 6

## V. NATURE OF SUIT

**OTHER STATUTES:** [X] 450 Commerce

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing: Federal Tort Claims Act (FTCA)
Brief description of cause: Public Nuisance / Industrial Espionage / Advertising

## VII. REQUESTED IN COMPLAINT:
DEMAND $ 500,000,000,000
JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
JUDGE: Maria Audero
DOCKET NUMBER: Los Angeles

**DATE:** January 3, 2026
**SIGNATURE OF ATTORNEY OF RECORD:** Ronald Satish Emrit (pro se)